NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re:  BITFENIX CO. LTD.,**

*Petitioner*

---

2022-138

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:21-cv-00159-JRG-RSP, Magistrate Judge Roy S. Payne.

---

## ON PETITION

---

## O R D E R

BitFenix Co. Ltd. submits notice that it believes its petition for a writ of mandamus is now moot, which the court construes as a request to withdraw its petition.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                    IN RE: BITFENIX CO. LTD.


    BitFenix's petition is withdrawn.

                                    FOR THE COURT

May 12, 2022                        /s/ Peter R. Marksteiner
    Date                            Peter R. Marksteiner
                                    Clerk of Court